Eric Mintz, SBN 207384/CDCS54-56
GOLDSMITH & HULL, APC
A Professional Corporation
16933 PARTHENIA ST.
NORTHRIDGE, CALIFORNIA 91343
818-990-6600  Fax: 818-990-6140

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) CASE NO. CV 08-02615 MMM (FMOx)
                                    )
                         Plaintiff, ) STIPULATION FOR ENTRY OF
                                    ) CONSENT JUDGMENT
vs.                                 )
                                    )
MICHAEL G. FRANCO,                  )
                                    )
                      Defendant(s). )
                                    )
_____)

    IT IS STIPULATED AND AGREED by and between Plaintiff UNITED STATES OF AMERICA having filed its Complaint herein, and defendant MICHAEL G. FRANCO and their respective attorneys having consented to the making and entry of this Judgment without trial, as follows:

    1.   This Court has jurisdiction over the subject matter of this litigation and over all parties thereto, pursuant to 28 U.S.C. §1345. The Complaint filed herein states a claim upon which relief can be granted.

    2.   The defendant hereby acknowledges, and accepts, service of the Complaint filed herein. The defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

    3.   Each defendant acknowledges and agrees that MICHAEL G. FRANCO's true legal name is MICHAEL G. FRANCO and that judgment against him shall be in that name.

*jmt per stip.wpd*

4. Defendant MICHAEL G. FRANCO has voluntarily elected to represent himself in pro per in this matter. Goldsmith & Hull, APC are counsel for Plaintiff herein, and are authorized to execute this stipulation on behalf of Plaintiff United States of America. Plaintiff's counsel and Defendant approve of the form of the Stipulation and join in it. Plaintiff and Defendant each voluntarily, knowingly, and intelligently waive their respective due process rights, rights to trial, rights to notice and rights to hearing, and time for appeal, retrial, or for entry of judgment by approving this stipulation for entry of judgment.

4. Judgment may be <u>immediately</u> entered in favor of the plaintiff the UNITED STATES OF AMERICA and against defendant MICHAEL G. FRANCO in the following: $37,598.75 principal, $21,212.11 interest, $466.50 attorneys' fees and costs, for a total of $59,277.36. Pursuant to 11 U.S.C. § 1961, judgment to accrue interest at the legal rate until paid.

DATED: 9/22/09

_____
MICHAEL G. FRANCO
Defendant

SUBMITTED BY:

GOLDSMITH & HULL

By: _____
ERIC MINTZ
Attorneys for Plaintiff
UNITED STATES OF AMERICA

By: _____
MICHAEL G. FRANCO

CONSENT JUDGMENT ENTERED
DATED: 10.14.09

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

jmz per stip.wpd

2