GOLDSMITH & HULL/ File No. CDCS54
William I. Goldsmith    SBN. 82183
Stephen R. Goldsmith    SBN 291555
Michael L. Goldsmith   SBN 291700
16933 Parthenia Street, Suite 110
Northridge, California  91343
Telephone:              (818) 990-6600
Fax No:                 (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO: CV08-02615 MMM(KSx) |
| Plaintiff, | ) |
| v. | ) ORDER FOR APPEARANCE OF JUDGMENT DEBTOR AND PRODUCTION OF DOCUMENTS |
| MICHAEL G. FRANCO, | ) [Proposed] |
| Defendant. | ) |

Upon reading the foregoing Declaration, and it appearing that this is a proper case for the appearance of said MICHAEL G. FRANCO on application of the plaintiff;

IT IS ORDERED THAT MICHAEL G. FRANCO shall appear personally before United States Magistrate Judge ___**Karen L. Stevenson,** in Courtroom __**580**__, UNITED STATES COURTHOUSE, **255 E. Temple street,** LOS ANGELES, CALIFORNIA 90012; on **May 21, 2019**, at ___**1:00**___ p.m.,

//

PLEADING TITLE - 1

to furnish information to aid in enforcement of a money judgment against said Judgment Debtor. Judgment Debtor is also ordered to bring the documents or objects on the attached list (Exhibit "A").  In the event a "copy" is on the list, you are also ordered to bring with you the original of said document or object for comparison.

DATED:  This  __**22nd**__  day of  __**March**__ 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO JUDGMENT DEBTOR.**  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.  See CCP § 708.110(e).

PLEADING TITLE - 2