GOLDSMITH & HULL/File # CDCS54
A Professional Corporation
William I. Goldsmith   SBN 82183
Stephen R. Goldsmith   SBN 291555
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: CV08-02615 MMM-KSx |
|---|---|
| Plaintiff, | **ORDER WITHDRAWING JUDGMENT DEBTOR'S EXAMINATION** [Proposed] |
| vs. | |
| MICHAEL G. FRANCO | |
| Defendant. | |

IT IS SO ORDERED:

That Plaintiff's Request for an order withdrawing its request for a debtor's examination is granted.

Dated: May 14, 2019

_____
KAREN L. STEVENSON, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT